IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES RIGAS, ZITO I, L.P., and ZITO MEDIA, L.P. | : : : | Case No. 4:14-mc-0097 |
| Plaintiffs, | : : | |
| v. | : : | (Judge Brann) |
| DELOITTE & TOUCHE, LLP | : : : : | |
| Defendant. | : | |

# ORDER
March 12, 2014

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. An *in camera* hearing on the scope of Karen Chrosniak Larsen's Fifth Amendment privilege against self-incrimination is scheduled for Wednesday, April 2, 2014 at 10:00 a.m. in Courtroom No. 1, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

2. An *in camera* hearing on the scope of Doug Malone's Fifth Amendment privilege against self-incrimination is scheduled for Wednesday, April 2, 2014 at 1:00 p.m. in Courtroom No. 1, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

3. An *in camera* hearing on the scope of James R. Brown's Fifth Amendment privilege against self-incrimination is scheduled for Wednesday April 2, 2014 at 3:00 p.m. in Courtroom No. 1, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

4. The only persons who shall attend each *in camera* hearing are the witness and his or her counsel, if any. No other party is permitted to attend each hearing.

5. The Plaintiffs shall file with the Court any existing transcript of each Witness's prior testimony on matters related to this lawsuit as soon as practicable, but in any event, no later than the close of business on March 25, 2014.

6. The record of each *in camera* hearing will be sealed unless and until otherwise ordered by the Court.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge